No. 12–100. WARMUS v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 12–101. BROWN v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 12–102. MALDONADO v. SUPERIOR COURT OF CALIFORNIA, SAN MATEO COUNTY, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 12–103. LESKINEN v. HALSEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–105. AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC. v. SIDAMON-ERISTOFF, TREASURER OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–106. YEPEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–113. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. v. MCREYNOLDS ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–116. LEI v. PELLETTI. Ct. App. Wash. Certiorari denied.

No. 12–118. LOVLAND v. EMPLOYERS MUTUAL CASUALTY CO. C. A. 8th Cir. Certiorari denied.

No. 12–120. GEORGE v. DONAHOE, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–121. HARMAN v. BUNCH ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–125. WURZEL v. WHIRLPOOL CORP. C. A. 6th Cir. Certiorari denied.

No. 12–128. POOH BAH ENTERPRISES, INC. v. CITY OF CHICAGO, ILLINOIS, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.